IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ILEEN BLUE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendants. | No. C 06-06349 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON NATIONAL DATA RETRIEVAL LLC'S MOTION TO DISMISS** |

　　　This matter is set for a hearing on December 22, 2006 on Defendant National Data Retrieval LLC's motion to dismiss or, in the alternative, for a more definite statement. The Court HEREBY ORDERS that a opposition to the motion shall be filed by no later than November 10, 2006 and a reply brief, if any, shall be filed by no later than November 17, 2006.

　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　　**IT IS SO ORDERED.**

Dated: October 26, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE