IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN ILEEN BLUE,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

    Defendants.

No. C 06-06349 JSW

**ORDER CONTINUING HEARING ON NATIONAL DATA RETRIEVAL LLC'S MOTION TO DISMISS AND SETTING HEARING AND BRIEFING SCHEDULE ON SUSAN BLUE'S MOTION TO REMAND**

This matter is set for a hearing on December 22, 2006 on Defendant National Data Retrieval LLC ("NDR")'s motion to dismiss or, in the alternative, for a more definite statement. That motion is now fully briefed. Plaintiff Susan Blue filed a motion to remand and set the hearing on January 8, 2007. Plaintiff's chosen date is not a properly noticed date and is unavailable to the Court. Therefore, the Court RESETS the hearing on Plaintiff's motion to remand to the first available date on the Court's calendar of February 16, 2007 at 9:00 a.m. In addition, the Court HEREBY ORDERS that an opposition to the motion to remand shall be filed by no later than December 1, 2006 and a reply brief, if any, shall be filed by no later than December 15, 2006. Lastly, in the interest of judicial efficiency, the Court HEREBY RESETS the hearing on NDR's motion to dismiss to February 16, 2007 at 9:00 a.m.

1    If the Court determines that the current matters are suitable for resolution without oral
2 argument, it will so advise the parties in advance of the hearing date.  If the parties wish to
3 modify this schedule, they may submit for the Court's consideration a stipulation and proposed
4 order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE