TERRY ALBERT FINCH, ESQ.
ERICKSEN, ARBUTHNOT, KILDRUFF,
DAY & LINDSTROM
111 Sutter Street, Suite 575
San Francisco, CA 94104
Tel: (415) 362-7126
Fax: (415) 362-6401
Email: tfinch@eakdl.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ILEEN BLUE, <br><br>   Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company, NATIONAL DATA RETRIEVAL, LLC, A Georgia Limited Liability Company; RICHARD W. ANDERSON, JR., an individual; RICHARD W. ANDERSON, III, an individual, ERIK ANDERSON, an individual; and DOES 5-10, inclusive, <br><br>   Defendants. | Case No: C 06 6349 JSW <br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

Defendant EQUIFAX INFORMATION SERVICES LLC hereby requests the Court approve the substitution of THOMAS P. QUINN, JR., of NOKES & QUINN, as attorney of record in place and stead of TERRY ALBERT FINCH of ERICKSEN, ARBUTHNOT, KILDRUFF, DAY & LINDSTROM.

EQUIFAX INFORMATION SERVICES LLC

Dated: December ___, 2006        By: _____

Its: Authorized Representative

NOKES & QUINN
450 Ocean Avenue
Laguna Beach CA 92651
(949) 376-3055

- 1 -

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1  I have given proper notice pursuant to Civil Local Rule 11-5 and further consent to the
2  above substitution.

3                                                      ERICKSEN, ARBUTHNOT, KILDRUFF,
4                                                      DAY & LINDSTROM

5  Dated: December 26th, 2006
6                                                      TERRY ALBERT FINCH

7  I am duly admitted to practice in this District pursuant to Civil Local Rule 11-2, 11-3 and
8  11-9.
9                                                      NOKES & QUINN

11  Dated: December ____, 2006
12                                                     THOMAS P. QUINN, JR.
                                                   California State Bar No. 132268

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY


1

2      I have given proper notice pursuant to Civil Local Rule 11-5 and further consent to the

3  above substitution.

4                                                             ERICKSEN, ARBUTHNOT, KILDRUFF,

5                                                             DAY & LINDSTROM

6  Dated: December ____, 2006

7                                                             TERRY ALBERT FINCH

8      I am duly admitted to practice in this District pursuant to Civil Local Rule 11-2, 11-3 and

9  11-9.

10                                                            NOKES & QUINN

12 Dated: December 22, 2006

13                                                            THOMAS P. QUINN, JR.
                                                           California State Bar No. 132268

**IT IS SO ORDERED**
Judge Jeffrey S. White

Dated: January 8, 2007

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 -

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY