IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ILEEN BLUE,<br><br>  Plaintiff,<br><br> v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company; NATIONAL DATA RETRIEVAL, LLC, a Georgia Limited Liability Company; RICHARD W. ANDERSON, JR., an individual; RICHARD W. ANDERSON, III, an individual; ERIK ANDERSON, an individual; and DOES 5-10, inclusive,<br><br>  Defendants.<br>_____/ | No. C 06-06349 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS** |

  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING TENTATIVE RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON FEBRUARY 16, 2007, AT 9:00 A.M.:

  The Court has reviewed the parties' pleadings and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

  The Court **tentatively GRANTS** Plaintiff's motion to remand.

The parties each shall have fifteen minutes to address the following questions:

1. What authority within the Ninth Circuit recognizes an equitable exception to the one-year time limit for removal under 28 U.S.C. § 1446(b)?

2. Assuming that there is authority within the Ninth Circuit which recognizes an exception to the statutory time limit for removal, how do Plaintiff's actions rise to the level of bad faith forum manipulation such that the Court should extend the statutorily-imposed time limit?

3. Are there any other issues the parties wish to address?

Dated: February 13, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE